IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KEEBLE DONALE WALKER,

    Plaintiff,

v.

GOLDEN CORRAL RESTAURANT, et al.,

    Defendants.

Case No. 11-CIV-010-RAW

**JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered herein, the court hereby enters this judgment for the Defendants, dismissing this action with prejudice.

Dated this 25th day of January, 2011.

h4i0

**Dated this 25th Day of January 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0